UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

NAJIBULLAH KARIMI PETITIONER

VERSUS CIVIL ACTION NO. 5:26-CV-100-DCB-RPM

RAFAEL VERGARA RESPONDENT

**ORDER REQUIRING STATUS UPDATE**

This matter is before the Court *sua sponte*. On February 25, 2026, Petitioner Najibullah Karimi filed a [1] Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.[1] At the time the petition was filed, Petitioner was an immigration detainee housed at the Adams County Correctional Center in Natchez, Mississippi. He is a native and citizen of Afghanistan who arrived in the United States on or about November 11, 2024, and was placed in ICE custody shortly thereafter. On June 23, 2025, an Immigration Judge ordered Petitioner to be removed from the United States but granted withholding of removal to Afghanistan. [1-2]. The removal order became final 30 days later as no party filed an appeal.

After Respondent filed a response to the petition, the Court entered an Order to Show Cause requiring a further response from Respondent because Petitioner had been detained for approximately one year since his removal order became final, and it was unclear whether any third-country removal had been identified. [15]. In light of this, the Court questioned whether there was a "significant likelihood of removal in the reasonably foreseeable future." *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). Respondent filed a response on July 22, 2026. [16]. Thereafter, Petitioner filed a Motion for Decision on Pending Amended Petition. [17]. Upon reviewing these

[1] Petitioner filed an Amended Petition for Writ of Habeas Corpus on May 1, 2026. [10].

pleadings, the Court looked into the status of Petitioner's custody. At this time, it appears Petitioner is no longer in ICE custody according to ICE's Online Detainee Locator System.[2] Therefore, the Court directs the parties to respond to this Order and provide a status update.

IT IS THEREFORE ORDERED that, **on or before September 15, 2026**, the parties shall file a response to this Order and provide a status update regarding the following: (1) whether Petitioner is currently in ICE custody and, if so, where; and (2) if Petitioner is no longer in ICE custody, whether Petitioner's habeas petition is now moot. In the alternative, the parties may file a Rule 41 dismissal if appropriate.

SO ORDERED, this the 8th day of September 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE

[2] The Court's search involved inputting Petitioner's "A-Number" and "Country of Birth." The Court is also aware that ICE's Online Detainee Locator System does not always guarantee accurate information.